UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DETROIT PHONE CARD, INC.,

       Plaintiff,

v.

TCC COMMUNICATIONS, INC.,

       Defendant.
_____/

CIVIL ACTION NO. 06-10646

DISTRICT JUDGE DENISE PAGE HOOD

MAGISTRATE JUDGE DONALD A. SCHEER

## ORDER DENYING PLAINTIFF'S MOTION
## TO COMPEL DISCOVERY, WITHOUT PREJUDICE

Plaintiff's Motion to Compel Discovery was referred to the undersigned magistrate judge for hearing and determination. The parties appeared, by counsel, for hearing on January 16, 2007. In view of the fact that Defendant's Motion to Dismiss for Lack of Personal Jurisdiction Over the Defendant has not yet been determined, the court finds that Plaintiff's Motion to Compel Discovery is not ripe for determination.

IT IS THEREFORE ORDERED that Plaintiff's Motion to Compel Responses to Plaintiff's First Request for Production of Documents is denied, without prejudice. Should the district judge determine that the court has personal jurisdiction over the Defendant, and the parties are unable to agree as to Defendant's compliance with Plaintiff's Request for Production of Documents, Plaintiff may renew the Motion to Compel.

                                        s/Donald A. Scheer
                                        DONALD A. SCHEER
                                        UNITED STATES MAGISTRATE JUDGE

DATED: January 17, 2007

## CERTIFICATE OF SERVICE

I hereby certify on January 17, 2007 that I electronically filed the foregoing paper with the Clerk of the Court sending notification of such filing to all counsel registered electronically. I hereby certify that a copy of this paper was mailed to the following non-registered ECF participants on January 17, 2007.  **None.**

s/Michael E. Lang
Deputy Clerk to
Magistrate Judge Donald A. Scheer
(313) 234-5217
